An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| 40/40 CLUB LAS VEGAS, LLC; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; AND RLI INSURANCE COMPANY, Appellants/Cross-Respondents, vs. RECREATION DEVELOPMENT COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY, Respondent/Cross-Appellant. | No. 60666 |

FILED

MAR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulations of the parties, this appeal and cross-appeal are hereby dismissed. The parties shall bear their own costs and attorney fees . NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Mark R. Denton, District Judge
Ara H. Shirinian, Settlement Judge
Howard & Howard
Lemons, Grundy & Eisenberg
Peel Brimley LLP
Lewis & Roca, LLP/Las Vegas
Eighth District Court Clerk

---

[1]In light of this order, we deny as moot the parties' February 19, 2013, joint motion for an extension of time to file the opening brief.

13-07096